LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Gabriela Bischof, Bar No. 272973
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
CHARLIE OKIGBO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLIE OKIGBO, JR.,<br><br>　　　　Defendant.　　　　　／ | No. CR 11-00668-1 CW<br><br>**APPLICATION FOR ORDER AND ORDER FOR LEAVE TO SUBMIT SENTENCING MEMORANDUM ON JANUARY 6, 2012** |

It is hereby requested that the Court grant defendant CHARLIE OKIGBO, JR. leave to file a sentencing memorandum on his own behalf on January 6, 2012. This request is made because Mr. Okigbo's counsel, Paul Wolf, will be out of the country and office until January 5, 2012.

Assistant United States Attorney James Mann and United States Pretrial Services Officer Teresa Hoffman have each advised Mr. Okigbo's counsel that neither oppose**s** the proposed extension.

Dated: January 4, 2012　　　Respectfully submitted:

　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　PAUL DELANO WOLF
　　　　　　　　　　　　　　GABRIELA BISCHOF
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CHARLIE OKIGBO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLIE OKIGBO, JR.,<br><br>  Defendant.  / | No. CR 11-00668-1 CW<br><br>**ORDER<br>FOR LEAVE TO SUBMIT<br>SENTENCING MEMORANDUM<br>ON JANUARY 6, 2012** |

Good cause appearing, the Court hereby grants Mr. Okigbo leave to file his sentencing memorandum on January 6, 2012.

IT IS SO ORDERED.

1/6/2012  *Claudia Wilken*
Dated  HONORABLE CLAUDIA WILKEN
  United States District Judge